

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1

STEVEN W. MYHRE
United States Attorney

2

LISA C. CARTIER GIROUX
Nevada Bar Number 14040

3

Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100

4

Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418

5

Email: Lisa.Cartier-Giroux@usdoj.gov
Attorney for the United States

6

FILED

2017 APR -4 PM 1:06

U.S. MAGISTRATE JUDGE

BY_____

7

# UNITED STATES DISTRICT COURT

8

# DISTRICT OF NEVADA

9

UNITED STATES OF AMERICA,

Case No.   2:17-mj-271-GWF

10

                    PLAINTIFF,
VS.

COMPLAINT

11

JOSHUA RAY FISHER,

**COUNT I**
Sexual Exploitation of Children, in violation
of 18 U.S.C. § 2251(a) and (e)

12

                    DEFENDANT.

13

**COUNT II**
Receipt of Child Pornography, in violation
of 18 U.S.C. § 2252A(a)(2) and (b)

14

15

**COUNT III**
Possession of Child Pornography, in violation
of 18 U.S.C. § 2252A(a)(5)(B)

16

17

18

19

    BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

20

Complainant, being first duly sworn, deposes and states:

21

**COUNT ONE**
*Sexual Exploitation of Children,*

22

    Beginning on a date unknown, and continuing to on or about November 21, 2016, in the

23

State and Federal District of Nevada and elsewhere,

24

**JOSHUA RAY FISHER,**

1

defendant herein, did employ, use, persuade, induce, entice, or coerce a minor, VICTIM-1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a).

## COUNT TWO
*Receipt of Child Pornography,*

Beginning on a date unknown, and continuing to on or about November 21, 2016, in the State and Federal District of Nevada and elsewhere,

**JOSHUA RAY FISHER,**

defendant herein, did knowingly receive child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Sections 2256(8), that was shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT THREE
*Possession of Child Pornography,*

Beginning on a date unknown, and continuing to on or about November 21, 2016, in the State and Federal District of Nevada and elsewhere,

**JOSHUA RAY FISHER,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have

2

been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(b) and 2252A(b)(2).

## PROBABLE CAUSE AFFIDAVIT

I, Scott Miller, Complainant, as and for probable cause, state the following:

1.      Affiant is currently assigned as a Detective with the Las Vegas Metropolitan Police Department (LVMPD) and assigned to investigate Internet Crimes Against Children Task Force (ICACTF).  Affiant has approximately 7 years of experience as a Detective.  Affiant has received training in the field of child pornography, internet crimes against children, and interview and interrogation.  Affiant is currently a Task Force Officer (TFO) and member of the FBI's Child Exploitation Task Force.  Affiant has been a TFO since 2016.

2.      This Affidavit is made in support of a complaint charging JOSHUA RAY FISHER with a violation of Title 18, United States Code, Section 2251(a), which makes it illegal to employ, use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct; a violation of Title 18, United States Code, Section 2252A(a)(2) and (b), which makes it illegal to be in receipt of child pornography; and a violation of Title 18, United States Code, Section 2252A(a)(5)(b), which makes it illegal for a person to possess child pornography.

3.      The statements contained in this affidavit are based on an ongoing task force investigation for which Affiant has been personally involved, and includes information obtained from other law enforcement officials involved in the investigation.  Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, Affiant has not included each and every fact known to Affiant concerning this investigation.  Affiant has set forth only those facts that Affiant believes are necessary to establish probable cause.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

    4.      On or about April 27, 2016, the National Center for Missing and Exploited Children (NCMEC) received a report from Tumblr in reference to a possible transmission of child pornography.  Tumblr[1] reported that the user uploaded 8 images/videos of child sexual exploitation. Tumblr provided the following information regarding the user:

    (a)     IP Address: 50.118.198.254 and 24.253.48.163

            Date of Incident: April 19, 2016 at 14:14:00 UTC

            Email Address: mcwarson@gmail.com

            Screen/User Name: mcw

            Profile URL: https://mcw.tumblr.com

    5.      This report was documented under NCMEC CyberTip #10001179 and forwarded on May 26, 2016 to the Las Vegas Metropolitan Police Department as part of the Internet Crimes Against Children Task Force (ICACTF) for follow up investigation. Affiant viewed the 8 uploaded images/videos and deemed two of them to be child pornography. The following is a description of both of the videos:

    (a)     **File Name:**  143050146015.mp4

            **Description:**  This video depicts a nude pre-pubescent female, approximately 10-12 years of age, lying on her back on a couch with her legs spread apart. The female child has a lack of breast development, fatty deposits, and pubic hair. Another nude pre-pubescent female is seen performing cunnilingus on the first minor child and rubbing her right breast area with her right

---

1      Affiant knows that the Internet Service Provider (ISP) known as Tumblr is a free social networking website that allows registered users to post multimedia content to their own customizable blogs.  Many Tumblr blogs feature humor, fashion, design and art. Each Tumblr blog is referred to as a tumblelog. Members can post text, images, videos, links and audio files to their tumblelogs. They can personalize their tumblelogs with different themes, which are largely free but can be professionally designed for a price. The blogging site features a dashboard interface for accessing most of the website's features. Members can follow one another, "like" content with the click of a button and comment on posts.

4

hand. The two female minors are then seen kissing each other while fondling each other's buttocks and vaginas with their hands.

**Video Length:** 1 minute and 31 seconds.

    **(b)**    **File Name:**  143055126545.mp4

**Description:**  This video depicts a nude pre-pubescent female, approximately 10-12 years of age, lying on her back on a bed with her legs spread apart. The female child has a lack of fatty deposits and pubic hair. The female child is seen masturbating her exposed vagina.

**Video Length:** 45 seconds.

6.      On May 28, 2016, Investigative Specialist (IS) Lisa Rowe served an Administrative Subpoena on Cox Communication for subscriber information for this IP address, **24.253.48.163** accessed on April 19, 2016, 09:30 hours EDT. On June 14, 2016, Cox Communication responded with the following: IP address **24.253.48.163** resolves to Justin Anthony Fisher ("J-1")[2] at 10432 Burkehaven Avenue, Las Vegas, NV 89166, and a telephone number of 702-XXX-3063.

7.      On May 28, 2016, IS Lisa Rowe served a Preservation Order on Google, Inc. for email address mcwarson@gmail.com, reference CyberTip #10001179. On May 28, 2016, Google, Inc. responded that they have received said Preservation Order and assigned a Google reference number of 720503. On July 01, 2016, a search warrant was served on Google, Inc. for all account information regarding email account: mcwarson@gmail.com. No return of further evidence of child exploitation was discovered.

8.      On July 1, 2016, a search warrant was served on Tumblr for all account information regarding Tumblr account: mcwarson@gmail.com, IP address 24.253.48.163, user name: mcw. On

---

[2] Justin Anthony Fisher is the twin brother of JOSHUA RAY FISHER. Justin Anthony Fisher is currently charged under 2:17cr00073 with violations of 18 U.S.C. Sections 2422(b) - *Coercion and Enticement*, 2251(a) – *Sexual Exploitation of Children*, and 2252A(a)(5)(b) – *Possession of Child Pornography*.

September 16, 2016, Tumblr responded to said search warrant with numerous other images/videos

of child exploitation. Affiant viewed these images/videos and deemed over **40** of them to be child

pornography. The following is a description of 7 of the images/videos:

          **(a)**    **File Name:**  ending in 3505.jpg

               **Description:**  This image depicts a nude pre-pubescent female, approximately

10-12 years of age, leaning over a bed with her buttocks up in the air. A nude male is grabbing child

by the hips with his hands and appears to be penetrating her vagina with his penis. The female child

has a lack of fatty deposits and a cherubic face.

          **(b)**    **File Name:** ending in 9695_6.jpg

               **Description:**  This image depicts a partially nude pre-pubescent female

toddler, approximately 4- 6 years of age, wearing a white top and exposing her bare vagina. The

female child has a lack of fatty deposits and a lack of pubic hair. The child is lying on a 'Hello Kitty'

blanket.

          **(c)**    **File Name:**  ending in 0545.jpg

               **Description:**  This image depicts a nude pre-pubescent female, standing in a

pose and exposing her breasts and vagina. The female child has a lack of fatty deposits, breast

development, and pubic hair development.

          **(d)**    **File Name:** ending in 9250.jpg

               **Description:**  This image depicts a partially nude pre-pubescent female, lying

on a red couch with her legs up in the air, exposing her bare vagina. The female child has a lack of

fatty deposits and a lack of pubic hair development.

          **(e)**    **File Name:**  ending in 2415.jpg

               **Description:**  This image depicts a partially nude pre-pubescent female,

wearing a blue 'Star Wars' shirt and exposing her bare vagina The female child has a lack of fatty

deposits and a lack of pubic hair development.

      **(f)**    **File Name:**  ending in 1760.gif

      **Description:**  This image depicts a close-up of a nude pre-pubescent female toddler's exposed vagina, who is approximately 5-7 years of age. The female toddler is sitting on an unknown subject's face and in the video .gif, a tongue is seen licking said toddler's vagina. The female child has a lack of fatty deposits and a lack of pubic hair development.

      **(g)**    **File Name:**  ending in 2205_1.gif

      **Description:**  This image depicts a close-up of a partially nude pre-pubescent female, approximately 10-12 years of age, lying on a bed. A nude male is lying next to her and his erect penis inside of her panties and rubbing his erect penis on her vagina.

There were also over 200 images/videos of age difficult/child erotica located. In addition, numerous images of child erotica anime were located.

9.     On October 26, 2016, IS Lisa Rowe served an Administrative Subpoena on Clark County School District for the address of 10432 Burkehaven Avenue, Las Vegas, NV 89166. Clark County School District responded with the address of 10432 Burkehaven Avenue, Las Vegas, NV 89166, resolving to currently no students enrolled with this address.

10.    On October 26, 2016, IS Lisa Rowe served an Administrative Subpoena on NV Energy for the address of 10432 Burkehaven Avenue, Las Vegas, NV 89166. NV Energy responded with the address of 10432 Burkehaven Avenue, Las Vegas, NV 89166, resolving to male "J-1".

11.    A routine records check on male "J-1" identifies same as male "J-1," with a valid Nevada driver's license, and an address of 10432 Burkehaven Avenue, Las Vegas, NV 89166.

12.    Affiant knows, based on training and experience, that people trading, receiving, distributing, or possessing files involving the sexual exploitation of children often communicate with others through correspondence or other documents (digital or written) which can identify the origin

1   of the images, as well as provide evidence of other persons with an interest in child sexual

2   exploitation.  A common way this is done is through email and private messages. Also, Affiant

3   knows that it is not uncommon for persons collecting child sexual exploitation to store the files

4   someplace other than their computer, such as cloud storage, for ease of sharing or possibly to avoid

5   detection. Affiant knows that *Tumblr* reported a user from an IP address that returned to

6   "J-1's" residence of 10432 Burkehaven Avenue, Las Vegas, NV 89166, had uploaded child

7   pornography. Affiant believed a search of the premises located at 10432 Burkehaven Avenue, Las

8   Vegas, NV 89166, would reveal additional evidence of ownership, the whereabouts of said user, and

9   identities of persons which said user has been trading child pornography and additional images

10  and/or videos of child pornography.  Affiant believed that the files described above would currently

11  or have recently been on suspect's computer and/or the files were transmitted using the internet

12  connection via wireless router believed to be at 10432 Burkehaven Avenue, Las Vegas, NV 89166.

13          13.     On November 21, 2016 at approximately 10:00 a.m., ICACTF having in its

14  possession a search warrant with the undersigned as affiant and signed by Clark County, Nevada

15  Justice Court Judge Suzan Baucum on November 16, 2016, for the property located at 10432

16  Burkehaven Avenue, Las Vegas, NV 89166, executed said warrant at said location without incident

17  by LVMPD SWAT officers. Subjects "J-1", male "E", female "J," and their minor child exited

18  residence without incident. LVMPD SWAT officers then made entry and conducted a safety sweep

19  of the residence. No other occupants were located inside residence. JOSHUA RAY FISHER

20  approached the residence on foot, stating to law enforcement that he worked out of the residence

21  where the search warrant was being executed. During the search of the residence, JOSHUA RAY

22  FISHER, who was inside of the residence, was observed to have a Samsung S7 Galaxy Edge Cell

23  Phone (IMEI: 355503070417229). Due to fact that the cellular phone could contain evidence of

24  child exploitation and that a user could delete data from the cellular phone if the phone were to

8

remain in his possession, Affiant asked JOSHUA RAY FISHER for his cell phone. JOSHUA RAY

FISHER gave Affiant the phone. Affiant took the cellular phone from JOSHUA RAY FISHER in

order to preserve any / all evidence that could be located within the electronic device. JOSHUA

RAY FISHER confirmed to Affiant that the cell phone belonged to him.

   14.  On November 21, 2016, male "J-1," was interviewed at his residence of 10432

Burkehaven Avenue, Las Vegas, NV 89166. Below is a brief summary of the interview and should

not be considered to be verbatim: "J-1" was read his *Miranda* Rights and waived his rights in order

to speak with Affiant. "J-1" stated that he lives with his wife at the residence, but did not provide his

wife's name. "J-1" stated that male "E," female "J," and their minor child, came to visit with him on

November 20, 2016 for the holiday. "J-1" stated that he and his brother, JOSHUA RAY FISHER,

run a business out of his home. "J-1" stated that he is the owner of Tachyon Group LLC which

involves software development. He stated that JOSHUA RAY FISHER owns AOG Controls and

that both operate their businesses out of his home. "J-1" stated that "E" also comes from California

from time to time to assist them with computer graphics. "J-1" stated that he does not have any

social networking sites. He stated his email addresses are: justinf@optimizeonline.net,

jafisher110@yahoo.com, quertycal110@yahoo.com, and jafisher110@gmail.com. "J-1" stated that

he has 3 Wi-Fi password protected lines and that they are named: TG-N, TG-AC, and SOLS. He

stated the password for all 3 is 7025693063. "J-1" stated that his Internet Service Provider is Cox

Communications. "J-1" stated that he has numerous computer towers, laptops, and servers inside his

residence. "J-1" stated that he owns and uses a large black/red Trooper computer tower, and

identified the corresponding password to the device. "J-1" stated that he owns/uses a Dell XPS 995

Laptop, and identified the corresponding password to the device. "J-1" stated that he owns a

Samsung S7 Galaxy Edge Cell Phone and that his password is 10432. "J-1" stated he owns/uses

numerous other computers for his business and personal use, with most either having no passwords

or the password of admin. When asked about adult pornography, "J-1" stated that he doesn't really

view it. "J-1" then described child pornography as being any sexual acts involving children under

18. "J-1" denied ever viewing child pornography and stated he has never touched a child in a sexual

manner. "J-1" then stated that he has a long-time friend, identified as "E.S." "J-1" stated that "E.S."

just got out of prison for armed robbery and is on parole. "J-1" stated that "E.S." lived with him

from February 2016 until about a month ago when he kicked him out due to "E.S." using drugs.

"J-1" did not have any contact information for "E.S." and does not know where he is living. He

stated that he was trying to help him out and even tried to have him work some on his business.

"J-1" stated that he gave "E.S." a laptop and a phone and that "E.S." still has said items or may have

sold them for drugs. "J-1" stated that on one occasion "E.S." showed him a sexual video that showed

a teenager involved in a sex act and thinks that "E.S." must have been looking at child pornography,

but wasn't sure. "J-1" stated that "E.S." has an email address of mcwarson@gmail.com, which is

just a made up name for said email address.

15.     On November 21, 2016, JOSHUA RAY FISHER, was interviewed at "J-1's"

residence of 10432 Burkehaven Avenue, Las Vegas, NV 89166. Below is a brief summary of the

interview and should not be considered to be verbatim: JOSHUA RAY FISHER was read his

*Miranda* Rights and waived his rights in order to speak with Affiant. JOSHUA RAY FISHER stated

that he lives at 6609 Miragrande Dr., Las Vegas, NV 89108. JOSHUA RAY FISHER stated that he

owns a Samsung S7 Galaxy Edge Cell Phone (IMEI: 355503070417229) and identified the

corresponding password to the device. JOSHUA RAY FISHER stated that he runs a business with

"J-1" out of the residence. JOSHUA RAY FISHER stated that "E.S." did live with "J-1" for a few

months, but was kicked out about a month ago. JOSHUA RAY FISHER identified "E.S.'s" middle

name as "Justin," and his email address as ejsanchez85@yahoo.com. JOSHUA RAY FISHER

denied ever viewing any child pornography. Affiant asked JOSHUA RAY FISHER for his cell

phone. JOSHUA RAY FISHER gave Affiant the phone. JOSHUA RAY FISHER provided no other details.

16.     On November 21, 2016, forensic previews were conducted on scene by LVMPD Forensic Examiner Matt Trafford, P#14286 and LVMPD Detective V. Ramirez, P# 4916, and evidence of child pornography was located. A full forensic examination will be completed on seized items taken during said search warrant at 10432 Burkehaven, Las Vegas, NV 89166. All items will require a full forensic examination to be completed, to obtain further evidence of child exploitation. ICACTF seized numerous computer towers, laptops, hard drives, thumb drives, and cell phones from the residence. The residence was left to the care of "J-1" at the conclusion of search warrant execution. Copies of the search warrant, sealing order, and return were left at the place of search, inside the residence.

17.     On November 23, 2016, Affiant obtained a search warrant for Item 53, JOSHUA RAY FISHER's cell phone, a Samsung S7 Galaxy Edge Cell Phone, IMEI: 355503070417229. The search warrant was signed by Clark County, Nevada Justice Court Judge Diana Sullivan.

18.     A routine records check on JOSHUA RAY FISHER identifies same as JOSHUA RAY FISHER, with a valid Nevada driver's license, and an address of 6609 Miragrande Drive, Las Vegas, NV 89108.

19.     In February of 2017, Forensic Examiner Matt Trafford, P# 14286, was working on the forensic examination of items seized during execution of a search warrant on this case served on November 21, 2016 at the address of 10432 Burkehaven Ave., Las Vegas, NV 89166. Trafford stated that he was examining Item 53, a Samsung S7 Galaxy Edge Cell Phone, IMEI: 355503070417229, which was the cell phone recovered from JOSHUA RAY FISHER. Trafford stated that he believed he may have found a live victim as the device contained numerous images/videos of a female juvenile (VICTIM-1). Trafford stated that the images/videos are of

11

VICTIM-1 nude, clothed, and in various stages of undress. Trafford stated that some of the images show VICTIM-1 nude "Skyping" with an adult male, and that a thumbnail image of said male can be seen in images.  The adult male in the images was identified as JOSHUA RAY FISHER. Trafford also located an image of an Orbitz screenshot.  The screenshot showed a flight itinerary leaving December 4, 2016 at 6:40 a.m. from Las Vegas, Nevada on American Airlines via Phoenix to Liberty International Airport in Newark, New Jersey, arriving 4:24 p.m.  The return flight was on December 7, 2016 at 2:00 p.m. from Liberty International Airport to Las Vegas aboard United Airlines, arriving 4:44 p.m. Trafford showed Affiant that the above noted device contained several images of child pornography and numerous images/videos of child exploitation/age difficult. In addition, Trafford showed Affiant numerous images of other unknown female juveniles, who may be other live victims as the images appear to be "selfies" taken and sent to JOSHUA RAY FISHER. There were also several screen shot images of chat messages between VICTIM-1 and JOSHUA RAY FISHER. It should also be noted that images of an additional 14 year old juvenile female, later identified through investigation as VICTIM-2 and "J-1" in bed together[3], were also recovered from this device which had been sent to JOSHUA RAY FISHER from "J-1."

     20.     Upon reviewing these images/videos, Affiant learned the following information: VICTIM-1 appears to have taken numerous nude images of herself, exposing her vagina, buttocks, and breasts in various sexual positions. VICTIM-1 also took images of her touching her vagina and breasts with her fingers and those images appear to have been sent to JOSHUA RAY FISHER. VICTIM-1 also took an image of her leg, where she wrote the words "I [heart] Ray," and sent said image to JOSHUA RAY FISHER. VICTIM-1 appears to be between the ages of 12 and 15, and has

---

[3] The investigation further revealed that "J-1" had in fact traveled on two occasions, August 24-28, 2016 and November 2-6, 2016, to Oklahoma City, OK, and on each occasion had sex with the female juvenile in the images, VICTIM-2, in a hotel room.

a diminutive stature, lack of fatty deposits, and a cherubic face. Upon reviewing a series of chat

messages, Affiant learned the following information: On unknown date, using the KIK[4] app,

JOSHUA RAY FISHER sent VICTIM-1 an image of his erect penis. Just prior to this image being

sent, VICTIM-1 states "we have a break then we start another season," and JOSHUA RAY FISHER

states "Damn, that'll be a while…And damn that took me forever… 44 minutes jfc."

21.     Law enforcement has identified VICTIM-1 as a 13 year old female who resides in

New Jersey.  VICTIM-1 was interviewed by Affiant with Child Adolescent Forensic Interviewer

(CAFI) Jodie Hively on March 21, 2017. The interview confirmed that VICTIM-1 had been

communicating with JOSHUA RAY FISHER and sending JOSHUA RAY FISHER images/videos

of herself at his request. In summary, VICTIM-1 stated that an individual she knew as "Ray"

(identified through photos as JOSHUA RAY FISHER) would ask her to do things such as change

clothes, shower, send nude photos, and touch her breasts. VICTIM-1 stated that "Ray" (JOSHUA

RAY FISHER) would ask her to video Skype and to change clothes, shower nude, touch herself, or

just be naked on camera for him. VICTIM-1 stated that sometimes while video skyping nude, "Ray"

(JOSHUA RAY FISHER) would take screenshots and tell her, but he never said what he did with

the screenshots. VICTIM-1 is currently in the eighth grade.  The investigation revealed that the

communications between JOSHUA RAY FISHER began approximately when VICTIM-1 was 11

years old.

22.     On March 24, 2017, VICTIM-1's mother advised Affiant that she had spoken to her

daughter on March 22, 2017, the day after the interview.  She asked her daughter if "Ray" (JOSHUA

RAY FISHER) had advised her what to do when the day came that their relationship was exposed

and VICTIM-1 said, "yes." VICTIM-1 told her mother that "Ray" (JOSHUA RAY FISHER) told

---

4 KIK is a cell-phone texting and chat application that allows one-on-one and group conversations
between users.

her not to talk to law enforcement or her parents, and that he would take care of everything.

VICTIM-1's mother stated to Affiant that this conversation between VICTIM-1 and "Ray" (JOSHUA RAY FISHER) took place sometime just prior to her daughter being interviewed.

23.     In February of 2017, Forensic Examiner Matt Trafford advised Affiant that he examined Item 1, a Storm Trooper Computer Tower, s/n: 5GC5000KKN11125100048, which was recovered from room I-BB, loft pursuant to the search warrant executed on November 21, 2016, at the address of 10432 Burkehaven Ave., Las Vegas, NV 89166. Trafford stated this item belongs to "J-1" and contains numerous chat messages between "J-1" and JOSHUA RAY FISHER. Trafford noticed some potential chat messages suggesting that "J-1" using telephone number (702) XXX-3063 and JOSHUA RAY FISHER using telephone number (424) XXX-8117, were engaging in sexual contact with minors.  "J-1" was discussing sex with the underage female named "VICTIM-2" (the same juvenile female "J-1" travelled to Oklahoma City, OK to meet and have sex with), while JOSHUA RAY FISHER was discussing sex with an underage female named "VICTIM-1" (the same female juvenile later identified and interviewed in New Jersey). Samples of these dialogues include the following:

09/29/2016, 7:06:19 PM, From (702) XXX-3063 "J-1":

Oh yea I fixed everything with "VICTIM-2"

09/29/2016, 7:06:28 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

I knew you would

09/29/2016, 7:06:36 PM, From (702) XXX-3063 "J-1":

Bitch was getting me hot yo

09/29/2016, 7:06:47 PM, From (702) XXX-3063 "J-1":

Like I was waaay to up for that

09/29/2016, 7:06:49 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

1    You let bitches get to you too much still bruh

2    09/29/2016, 7:07:25 PM, From (702) XXX-3063 "J-1":

3    Well if only cause I took her V-card, and I really don't have any others

4    09/29/2016, 7:07:53 PM, From (702) XXX-3063 "J-1":

5    Which I did on purpose

6    09/29/2016, 7:08:05 PM, From (702) XXX-3063 "J-1":

7    Cause they take too much time

8    09/29/2016, 7:08:17 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

9    Nigga, I almost got rid of [---] and "VICTIM-1" for no reason other than I care about them

10   so little, they literally feel like almost purely a waste of time

11   09/29/2016, 7:08:41 PM, From (702) XXX-3063 "J-1":

12   Yea cause [---] kinda is

13   09/29/2016, 7:08:52 PM, From (702) XXX-3063 "J-1":

14   "VICTIM-1" I know u will hit that

15   09/29/2016, 7:08:56 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

16   Yea

17   09/29/2016, 7:09:03 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

18   Only reason I still talk to her at all

19   On other occasions the two communicated as follows:

20   09/30/2016, 5:16:48 AM, From (424) XXX-8117 JOSHUA RAY FISHER:

21   Hopefully the weekend before I get to see "VICTIM-1"

22   10/21/2016, 7:25:57 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

23   And I was gonna go to your pad but apparently "VICTIM-1" isn't even going to be able to

24   fucking skype on our anniversary so fuck it

15

10/21/2016, 7:26:03 PM, From (702) XXX-3063 "J-1":

Fuuuucking gaaaaay

. . . .

10/21/2016, 7:27:49 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

But you know, fuck me for wanting anything

10/21/2016, 7:28:39 PM, From (702) XXX-3063 "J-1":

She might just be saying that

10/21/2016, 7:28:48 PM, From (702) XXX-3063 "J-1":

To surprise you

. . . .

10/21/2016, 7:28:59 PM, From (424) XXX-8117 JOSHUA RAY FISHER

She sent pics of her on her bed

10/21/2016, 7:29:01 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

On snapchat

. . . .

10/21/2016, 7:29:53 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

Who gives a fuck?  She isn't going to shower till after basketball practice

10/21/2016, 7:30:06 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

Her in the shower is worthless anyways, never a good angle

10/21/2016, 8:05:45 PM, From (702) XXX-3063 "J-1":

Skype is fun butt ain't nothing like being a person's dream come true, they let you do

whatever the fuck you want to em

10/21/2016, 8:11:08 PM, From (424) XXX-8117 JOSHUA RAY FISHER:

Ye

. . . .

11/06/2016, 9:06:37 PM, From (702) XXX-3063 "J-1":

Oh dude I got mouth spray that you should get to take to Jersey so your breath always fresh
nah mean

24.     Forensic Examiner Matt Trafford, P# 14286 further stated to Affiant that he examined
Item 34, a Western Digital My Passport 1TB external hard drive, s/n: WXJ1AB020849, which was
recovered from room I-AA, loft during the execution of a search warrant on November 21, 2016, at
the address of 10432 Burkehaven Ave., Las Vegas, NV 89166. Trafford stated he recovered 540
images and another 127 videos of child pornography from this device. Trafford recovered 1,226
images and 127 videos of child exploitative/age difficult. Trafford recovered 4,821 images and 183
videos of possible victims, as well as hundreds of images/videos of VICTIM-1. Trafford recovered
905 images and 12 videos of JOSHUA RAY FISHER to show ownership of this device. Numerous
chat messages were also recovered from ray.master, which has been identified as belonging to
JOSHUA RAY FISHER. Numerous documents were recovered from this device belonging to
JOSHUA RAY FISHER showing ownership and/or control of this device.

**CONCLUSION**

25.     Based on my training, experience and the totality of the facts related, Affiant submits
that there is probable cause to believe that JOSHUA RAY FISHER, defendant herein, has violated
Title 18, United States Code, Section 2251(a), *Sexual Exploitation of Children*, Title 18, United
States Code, Section 2251A(a)(2) and (b), *Receipt of Child Pornography*, and Title 18, United States
Code, Section 2252A(a)(5)(b), *Possession of Child Pornography*.

26.     Affiant has provided the reviewing Magistrate Judge with nine (9) images labeled #2,
3, 4, 5, 6, 7, 8, 10 and 11, which Affiant believes to be of VICTIM-1. The images were recovered
from JOSHUA RAY FISHER's cell phone, a Samsung S7 Galaxy Edge Cell Phone, IMEI:

17

355503070417229. The following is a description of nine (9) images provided:

(Image #2)   **File Name:**   IMG_0481.JPG
**MD5:** beb65d468ed0db9173d4502f59abe245
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bathroom with a towel partially wrapped over her shoulders. Female child is holding a cell phone in her left hand and appears to be taking a "selfie." Female child is exposing her breasts and vagina. Female child has a cherubic face. A folded one dollar bill is seen in front of camera.

(Image #3)   **File Name:**   IMG_0492.JPG
**MD5:** 21810fb43911ef013982b46d5a30bc86
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bathroom. The image is a close-up of the child's breasts and vagina.

(Image #4)   **File Name:**   imgcache.0_1902_1460226410
**MD5:** 801a24e48093f9057b31dd693ac0a51b
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bathroom with a towel partially wrapped over her hips. The image is a close-up of the female child's vagina. At the top of the picture, the child's cell phone status bar is seen showing "93%" battery life remaining and the time of "8:12."

(Image #5)   **File Name:**   imgcache.0_1997_1460226384
**MD5:** f337a808838a6dd8432bbc9447187e0a
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bedroom and appears to be changing clothes in front of camera. Female child is exposing her vagina and is holding a blue article of clothing up with both hands. Female child has a cherubic face. The word "skype" is seen in image.

(Image #6)   **File Name:**   imgcache.0_2002_1460226382
**MD5:** f41d395a49e527f2390beff4968df9fd
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bedroom with her right arm raised over her head. Female child is exposing her vagina. Female child has a cherubic face.

(Image #7)   **File Name:**   imgcache.0_1906_1460226408
**MD5:** a64df786db1956e7d9a1d6feec3a68f0
**Description:** This image depicts a nude female juvenile, approximately 13 years of age, lying on a bed in her bedroom. The female child has her legs spread apart and is touching her exposed vagina with her right hand. The word "skype" is printed on image and a thumbnail picture of a person who Affiant believes to be JOSHUA RAY FISHER is also seen in said image.

(Image #8)   **File Name:**   imgcache.0_1907_1460226408
**MD5:** 5d69ff77c1677e25529a2372ca54e65a

18

**Description:** This image depicts a nude female juvenile, approximately 13 years of age, lying on a bed in her bedroom. The female child has her legs spread apart and is touching her exposed vagina with her right hand. The word "skype" is printed on image and a thumbnail picture of JOSHUA FISHER is also seen in said image. The thumbnail image of a person who Affiant believes to be JOSHUA RAY FISHER is also seen in said image.

(Image #10)    **File Name:**    IMG_0488.JPG
                **MD5:** 718173bc6c6e3f6ea9ca7550530bb08e
                **Description:** This image depicts a nude female juvenile, approximately 13 years of age, standing in a bathroom, holding a towel with her right hand. Female child is holding a cell phone in her left hand and appears to be taking a "selfie." Female child is exposing her breast and buttocks. Female child has a cherubic face.

(Image #11)    **File Name:**    imgcache.1_embedded_341.jpg
                **MD5:** 8c3e2a9e6c1b26888b14835ccc33ec80
                **Description:** This image depicts a nude female juvenile, approximately 13 years of age, taking a shower. Female child is exposing her buttocks. The word "skype" is printed on image.

Scott Miller
Detective – Las Vegas Metropolitan Police Department
Task Force Officer - FBI

I have reviewed the images identified in paragraph 26 above, and find the images depict minor(s) engaged in sexually explicit conduct as defined in 18 U.S.C. Section 2256(2)(A)(v), as they depict the lascivious exhibition of the genitals or pubic area. The agency shall maintain the images for the duration of any case arising out of the execution of this warrant, including any appeals.

Subscribed and sworn to before me this 4th day of April, 2017.

HONORABLE GEORGE FOLEY, JR.
United States Magistrate Judge