UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>Joshua Fisher,<br><br>        Defendant. | Case No. 2:17-cr-00073-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Joinder in Defendant, Justin Fisher's, Application for an Ex Parte Motion for Court Order Allowing Defense Expert to Have Contact with Justin Fisher (ECF No. 89), filed April 30, 2018.

Upon review and consideration, the Court finds good cause to grant Defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion for Joinder in Defendant, Justin Fisher's, Application for An Ex Parte Motion for Court Order Allowing Defense Expert to Have Contact with Justin Fisher (ECF No. 89) is **granted**.

Dated this 2nd day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE