UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSHUA FISHER,<br><br>Defendant. | Case No. 2:17-cr-00073-APG-GWF<br><br>**ORDER** |
|---|---|

This matter is before the Court on Defendant's Motion to Join in Motion to Suppress Filed by Co-Defendant (ECF No. 72) filed on January 1, 2018. Upon review and consideration, the Court finds good cause to grant Defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Join in Motion to Suppress Filed by Co-Defendant (ECF No. 72) is **granted**.

Dated this 28th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE