UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00073-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSHUA RAY FISHER, | |
| Defendant. | |

Pending before the Court is the Motion to Disqualify Defendant Joshua Ray Fisher's Appellate Counsel. ECF No. 235. No response to this Motion was filed.

The Motion succinctly presents the following: (1) Defendant Joshua Ray Fisher's ("J.R. Fisher") appellate counsel worked for the United States Attorney's Office ("USAO") for the District of Nevada as an AUSA from 2010 through 2018 handling asset forfeiture matters; (2) J.R. Fisher's appellate counsel, Michael Humphreys ("Humphreys"), left the USAO in October 2018; (3) prior to his departure, Humphreys was assigned a criminal case involving asset forfeiture of J.R. Fisher; (4) in March 2020, J.R. Fisher was sentenced to 300 months of imprisonment; and (5) Humphreys now seeks to represent J.R. Fisher on an appeal before the U.S. Court of Appeals for the Ninth Circuit. *Id*. at 1. These facts are undisputed.

United States District Court for the District of Nevada Local Rule 7-2(d) states, in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." For this reason alone, the government's Motion may be granted. Moreover, and in addition to Humphreys' failure to oppose the government's Motion, the Nevada Rules of Professional Conduct 1.11(a)(2) bars "a lawyer who has formerly served as a public officer or employee of the government [from] represent[ing] a client in connection with a matter in which the lawyer participated personally and substantially as a public officer or employee, unless the

appropriate government agency gives its informed consent, confirmed in writing, to the representation."

There is no dispute that the USAO has not and will not consent to Humphreys' representation of J.R. Fisher. ECF No. 235 at 7. And, in the absence of a response from Humphreys, there is no dispute that he personally and substantially participated as a public officer or employee in the J.R. Fisher criminal matter while at the USAO in Nevada.

Accordingly, and based on the foregoing, IT IS HEREBY ORDERED that the Motion to Disqualify Defendant Joshua Ray Fisher's Appellate Counsel (ECF No. 235) is GRANTED.

Dated this 13th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE