**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-73-APG-EJY |
| Plaintiff; | |
| vs. | **ORDER** |
| JOSHUA RAY FISHER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Order granting the Government's Motion to Disqualify Defendant Joshua Ray Fisher's Appellate Counsel (ECF No. 236) is VACATED.

IT IS HEREBY FURTHER ORDERED that Defendant may file a response to the Government's Motion to Disqualify Defendant Joshua Ray Fisher's Appellate Counsel on or before August 20, 2021, and the Government may file a reply no later than 7 days after the filing of the response.

DATED: July 21, 2021

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE