# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs<br><br>v.<br><br>JOSHUA RAY FISHER,<br><br>    Defendant | Case No.: 2:17-cr-00073-APG-EJY<br><br>**Order Directing the United States to Respond to Motion**<br><br>[ECF No. 251] |

Joshua Fisher filed a motion under 28 U.S.C. § 2255 to vacate his sentence. ECF No. 251. I have conducted a preliminary examination of the motion as required by Rule 4(b) of the Rules Governing Section 2255 Proceedings. I order the United States to respond to the motion.

Fisher's motion included several pages that typically accompany a motion for permission to proceed under *in forma pauperis* (IFP) status. *Id.* at 40-48. However, Fisher did not file a motion for IFP status along with those documents. Fisher does not need to move for IFP status because his motion will be addressed in this criminal case.

I THEREFORE ORDER the United States to file a response to the motion, if it has any, no later than January 5, 2024. Fisher may file a reply in support of his motion within 30 days after the United States files its response.

DATED this 29th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE