# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>JOSHUA RAY FISHER,<br><br>     Defendant. | Case No.: 2:17-cr-00073-APG-EJY<br><br>**Order** |

Based upon the pending motion of the government, and good cause appearing,

  **IT IS HEREBY ORDERED** that the government shall have until February 5, 2024, to file its response to Defendant Joshua Fisher's Section 2255 motion to vacate sentence; and

  **IT IS FURTHER ORDERED** that if government counsel concludes an affidavit from defense counsel in this matter is necessary to respond to the ineffective-assistance-of-counsel claims, the government will promptly file a request for an Order directing defense counsel to provide that affidavit.

DATED this __18th__ day of __December__, 2023.

_____
UNITED STATES DISTRICT JUDGE