**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER,<br><br>Defendants | Case No.: 2:17-cr-00073-APG-EJY<br><br>**Order for Status Report** |

Defendant Joshua Fisher filed a motion under 28 U.S.C. § 2255 claiming that his trial counsel was ineffective.  I previously granted in part the United States' motion to deem the attorney-client privilege between Fisher and his prior counsel implicitly waived only for purposes of his ineffective assistance of counsel claim. ECF No. 261.  I ordered prior counsel to submit affidavits responding to Fisher's allegations of ineffective assistance of counsel as set forth in his motion, and to provide to the United States copies of any letters, emails, or other written communications in their possession that document any information conveyed to Fisher, or advice they gave to Fisher, with respect to the issues raised in Fisher's motion only.  Those affidavits were to be provided to the United States by May 6, 2024. *Id.* at 3.

I THEREFORE ORDER the United States to provide a status report regarding whether the affidavits were provided and whether the United States timely mailed those affidavits to defendant Joshua Fisher as ordered.

DATED this 20th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE